UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 24-mj-66 |
| | : | |
| **CLEOPHUS DULANEY,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, and counsel for the defendant, Cleophus Dulaney, hereby move this Court to continue the virtual status conference currently set for September 17, 2024.

Good cause supports this request. Specifically, counsel for the defendant recently noticed his appearance. As such, the parties require additional time to confer on a protective order, to facilitate the production of initial discovery, and to review discovery. As such, we respectfully request a 60-day continuance of the status conference.

The parties also move this Court to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, until the next scheduled status conference, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice. Specifically, the parties require additional time to confer on a protective order, to facilitate the production of initial discovery, and to review discovery.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69601
Trial Attorney, Detailee
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-0521
Email: Ashley.Akers@usdoj.gov

*Attorneys for United States of America*